IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MICHAEL TAYLOR, Individually and for others similarly situated, <br>     Plaintiff, <br><br> vs. <br><br><br> SPUR ENERGY PARTNERS LLC, <br>     Defendant. | § § § § § § § § § § | Case No. 2:21-cv-00334-WJ-KRS |

### ORDER

Before this Court is the Joint Status Report and Request to Reset Scheduling Conference.

IT IS ORDERED that Plaintiff Michael Taylor and Defendant Spur Energy Partners LLC attend mediation within thirty (30) days from the date of this Order.

IT IS FURTHER ORDERED that if this matter has not been resolved and an agreed order compelling arbitration has not been filed, Defendant Spur Energy Partners LLC shall file its motion to compel arbitration in this matter within thirty (30) days from the date of this Order.  The Court will set a scheduling conference, if one is needed, at a later date.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE