IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MICHAEL TAYLOR, Individually and for others similarly situated,<br>      Plaintiff,<br><br>vs.<br><br>SPUR ENERGY PARTNERS LLC,<br>      Defendant. | §<br>§<br>§<br>§<br>§   Case No. 2:21-cv-00334-WJ-KRS<br>§<br>§<br>§<br>§ |

### ORDER

Before this Court is the parties' Second Joint Motion to Extend, Doc. 21.

IT IS ORDERED that Plaintiff Michael Taylor and Defendant Spur Energy Partners LLC attend mediation by September 16, 2021.

IT IS FURTHER ORDERED that if this matter has not been resolved and an agreed order compelling arbitration has not been filed, Defendant Spur Energy Partners LLC shall file its motion to compel arbitration in this matter by August 16, 2021.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE