IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| MICHAEL TAYLOR, Individually and for others similarly situated, <br>     Plaintiff, <br><br> vs. <br><br><br> SPUR ENERGY PARTNERS LLC, <br>     Defendant. | § § § § § § § § § § | Case No. 2:21-cv-00334-WJ-KRS |

## NOTICE OF TENTATIVE SETTLEMENT
## AND JOINT MOTION FOR EXTENSION

TO THE HONORABLE JUDGE OF SAID COURT:

Michael Taylor ("Plaintiff") and Spur Energy Partners LLC ("Defendant") (collectively, the "Parties") file this *Notice of Tentative Settlement and Joint Motion for Extension* pursuant to the Court's August 18, 2021 Order and respectfully show the following:

The Parties have reached a tentative settlement and are working on finalizing settlement documents.

Accordingly, the Parties request a thirty day extension on the Court's Order to hold the case in abeyance, so the parties can finalize the settlement agreement and file a dismissal notice.

Dated: September 16, 2021

Respectfully submitted,

By: */s/ Rochelle D. Prins*  
**Michael A. Josephson**  
Texas Bar No. 24014780  
**Andrew W. Dunlap**  
Texas Bar No. 24014780  
**Rochelle D. Prins**  
Arizona Bar No. 031393  
**JOSEPHSON DUNLAP, LLP**  
11 Greenway Plaza, Suite 3050  
Houston, Texas 77005  
713-352-1100 – Telephone  
713-352-3300 – Facsimile  
mjosephson@mybackwages.com  
adunlap@mybackwages.com  
rprins@mybackwages.com  

**AND**

**Richard J. (Rex) Burch**  
State Bar No. 24001807  
**BRUCKNER BURCH, PLLC**  
11 Greenway Plaza, Suite 3025  
Houston, Texas 77046  
Tel: (713) 877-8788  
Fax: (713) 877-8065  
rburch@brucknerburch.com  

**ATTORNEYS FOR PLAINTIFF**

By: */s/ Jaclyn C. Staple (via email consent)*  
**G. Scott Fiddler**\*  
TX Bar No. 06957750  
**Jaclyn C. Staple**\*  
TX Bar No. 24114890  
**JACKSON WALKER LLP**  
1401 McKinney Street, Suite 1900  
Houston, Texas 77010  
\**Admitted Pro Hac Vice*  
713-752-4415 - Telephone  
713-752-4221 – Fax  
sfiddler@jw.com  
jstaple@jw.com  

**AND**

**Danny W. Jarrett**  
**Jay J. Athey**  
**JACKSON LEWIS PC**  
800 Lomas Boulevard, Suite 200  
Albuquerque, New Mexico 87102  
505-878-0515 – Telephone  
505-878-0394 - Fax  
Danny.Jarrett@jacksonlewis.com  
Jay.Athey@jacksonlewis.com  

**ATTORNEYS FOR DEFENDANT SPUR ENERGY PARTNERS LLC**

## **CERTIFICATE OF SERVICE**

I certify that service of a true and correct copy of the above and foregoing will be automatically accomplished through notice of electronic filing, in accordance with the Federal Rules of Civil Procedure, on September 16, 2021, to the following:

G. SCOTT FIDDLER
JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Email: sfiddler@jw.com

JACLYN C. STAPLE
JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Email: jstaple@jw.com

DANNY W. JARRETT
JAY ATHEY
JACKSON LEWIS P.C.
800 Lomas Boulevard, Suite 200
Albuquerque, New Mexico 87102
Danny.Jarrett@jacksonlewis.com
Jay.Athey@jacksonlewis.com

Attorneys for Defendant Spur Energy Partners LLC

*/s/ Rochelle D. Prins*
Rochelle D. Prins