IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MICHAEL TAYLOR, Individually and for others similarly situated,<br>    Plaintiff,<br><br>vs.<br><br><br>SPUR ENERGY PARTNERS LLC,<br>    Defendant. | §<br>§<br>§<br>§<br>§  Case No. 2:21-cv-00334-WJ-KRS<br>§<br>§<br>§<br>§ |

## ORDER

**THIS MATTER** comes before this Court on the parties' Notice of Tentative Settlement and Joint Motion for Extension. (Doc. 27). The parties state that they have reached an agreement to settle this matter without further litigation, and they seek a thirty-day extension on existing deadlines in this action in order to finalize settlement documents.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion for Extension (Doc. 27) is GRANTED, and that the parties shall file closing documents by **October 18, 2021.**

**IT IS FURTHER ORDERED** that all pending deadlines in this action, including the deadline for the filing of any motion to compel arbitration, are extended by thirty days.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE