IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MICHAEL TAYLOR, Individually and for others similarly situated,<br>　　Plaintiff,<br><br>vs.<br><br>SPUR ENERGY PARTNERS LLC,<br>　　Defendant. | §<br>§<br>§<br>§<br>§  Case No. 2:21-cv-00334-WJ-KRS<br>§<br>§<br>§<br>§ |

**ORDER GRANTING SECOND JOINT MOTION FOR EXTENSION**

Before this Court is the Parties' Second Joint Motion for Extension to finalize their settlement agreement and file a dismissal notice.

IT IS ORDERED that the Joint Motion for a 14-day extension is granted. The parties shall file closing documents by Monday, November 1, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**